M

# CRIMINAL COMPLAINT

| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | District<br>**ARIZONA** |
| UNITED STATES OF AMERICA<br>V.<br>**Javier ENCISO-Medina**<br>**Year of Birth: 1977**<br>**Country of Citizenship: Mexico**<br>**A079 789 042**<br>**Case Control # PTCA121101629** | DOCKET NO.<br><br>MAGISTRATE CASE NO.<br>11-10271MJ |

Complaint for violation of Title **8** United States Code § **1326(a)(1); 1325(a)(1)**

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE | LOCATION |
|---|---|---|
| | **United States Magistrate Judge** | **Tucson, Arizona** |

| DATE OF OFFENSE | PLACE OF OFFENSE | ADDRESS OF ACCUSED (if known) |
|---|---|---|
| On or about<br>**November 18, 2011** | At or near<br>**Sasabe, Arizona** | **Jalisco, Mexico** |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

COUNT 1: On or about November 27, 2011, at or near North Komelik, Arizona, in the District of Arizona, Javier ENCISO-Medina, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Ysidro, California on July 18, 2011, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326.

COUNT 2: That on or about November 18, 2011, at or near Sasabe, Arizona, in the District of Arizona, Javier ENCISO-Medina, an alien, did unlawfully enter the United States of America from the United States of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325.

BASIS OF COMPLAINANTS CHARGE AGAINST THE ACCUSED:

Javier ENCISO-Medina is a citizen of Mexico. On July 18, 2011, Javier ENCISO-Medina was lawfully denied admission, excluded, deported, and removed from the United States through San Ysidro, California. On November 27, 2011, agents found Javier ENCISO-Medina in the United States at or near North Komelik, Arizona. Javier ENCISO-Medina did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States.

Javier ENCISO-Medina, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Javier ENCISO-Medina admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on November 18, 2011, at or near Sasabe, Arizona.

MATERIAL WITNESSES IN RELATION TO THIS CHARGE

Border Patrol Agents(s) **MONTOYA, Christopher**

| | |
|---|---|
| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY AUSA LMG | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent |

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE JUDGE(1) | DATE |
|---|---|
| | **November 29, 2011** |

1) See Federal Rules of Criminal Procedure rules 3 and 54.

AO 91 (Rev. 11/82)